Case 3:15-cr-03056-LAB   Document 31   Filed 01/27/16   PageID.76   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JAN 2 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 15CR3056-LAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FRANCISCO JAVIER MONTES-RUIZ | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, with prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(ii); 8:1324(a)(2)(B)(iii); 18:1546(a); 8:1326(a)&(b);

18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/27/16

Ruben B. Brooks
U.S. Magistrate Judge